# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

MM 11/16/21

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 21 – 8296MJ |
| Jorge Antonio Huerta | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 924(a)(1)(A), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol Tobacco Firearms & Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

AUTHORIZED BY: Brett A. Day, AUSA      *BDay*

SA Katherine A Rottman, ATF
_____
Name of Complainant

*katherine rottman*
_____
Signature of Complainant

Sworn to before me electronically

November 16, 2021                     at      Phoenix, Arizona
_____                   _____
Date                                          City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

On or about October 18, 2021, in the District of Arizona, Defendant JORGE ANTONIO HUERTA, knowingly made false statements and representations to Ammo AZ, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo AZ, in that HUERTA executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of two (2) pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, HUERTA knew that he was buying the firearms on behalf of another person,.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 2**

On or about November 12, 2021 in the District of Arizona, Defendant JORGE ANOTONIO HUERTA, knowingly made false statements and representations to Scottsdale Gun Club, located in Scottsdale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scottsdale Gun Club, in that HUERTA executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of two (2) pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, HUERTA knew that he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

-1-

1

**COUNT 3**

2     On or about November 16, 2021, in the District of Arizona, Defendant JORGE
3   ANTONIO HUERTA, knowingly made false statements and representations to Bear Arms,
4   located in Scottsdale, Arizona, a business licensed under the provisions of Chapter 44 of Title
5   18, United States Code, with respect to information required by the provisions of Chapter 44
6   of Title 18, United States Code, to be kept in the records of Bear Arms, in that HUERTA
7   executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form
8   4473, Firearms Transaction Record in each of the counts below, stating that he was the actual
9   transferee or buyer of one (1) pistol, and was not buying this firearm on behalf of another
10  person, whereas in truth and fact, HUERTA knew that he was buying the firearm on behalf of
11  another person,.

12     In violation of Title 18, United States Code, Section 924(a)(1)(A).

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STATEMENT OF PROBABLE CAUSE

I, Katherine Rottman, a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been since June 2020. I am graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and a graduate of the ATF National Academy Special Agent Basic Training (SABT) programs in Glynco, Georgia. I am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Title 18 U.S.C. § 924(a)(1)(A) makes it unlawful for a person to "knowingly makes any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter."

3.      Congress and the Attorney General delegated the authority to the ATF to investigate, administer, and enforce the provisions of the Gun Control Act (GCA), Chapter 44 of Title 18. In this regard, ATF regulates the firearms industry as well as provides guidance on the GCA to other federal agencies. A Firearms Transaction Record known as an ATF Form 4473, must be filled out when an individual purchases a firearm from a Federal Firearms Licensee (FFL), and must be maintained by the dealer. Information from the ATF Form 4473 is used to conduct the mandatory background check of the purchaser, and maintain an accurate record of the actual purchaser for firearms tracing. Every Federal Firearms Licensee must maintain ATF Form 4473's for every firearms transaction. On page 2 of the ATF Form 4473, every purchaser must sign and date acknowledging every

1

answer/material fact on this form is true/correct or they could be prosecuted for a felony offense.

## PROBABLE CAUSE

5.      As of October 2021, ATF has been investigating the activities of Jorge A HUERTA (**HUERTA**) regarding his violations of Title 18, U.S.C. § 924(a)(1)(A), knowingly making a false statement or representation with respect to the records required by federal law to be kept by an FFL.

6.      On November 3, 2021, Your Affiant received information that HUERTA had purchased a total of 35 firearms since June 22, 2021.  Since HUERTA's 21st birthday in August of this year, he has only purchased pistols, while prior to his 21st birthday, HUERTA had only purchased rifles. Per the GCA, individuals can only legally purchase rifles at the age of 18 and can legally purchase handguns at the age of 21. Since September 30, 2021, HUERTA has purchased total of 24 total Glock 19x 9mm firearms.

7.      Two of the firearms HUERTA purchased have been recovered at a crime scene in Phoenix, Arizona.  On October 24, 2021, Phoenix Police Department (PPD) responded to reports of gunshots being fired at a large house party located at 78th Ave, Phoenix, Arizona. While PPD was at the scene, they heard several additional gunshots. The reporting party notified PPD that a red Ford truck bearing AZ plate A3A23E was responsible for the gunshots. PPD located the red Ford truck bearing AZ plate A3A23E and recovered three firearms. Two of the recovered firearms were purchased by HUERTA on October 18, 2021 at Ammo AZ (**COUNT 1**). The purchases occurred 6-days, and 10-days, prior to their recovery, respectively.

8.      PPD identified two of the six occupants inside the red Ford truck as juvenile I.G. (xx/xx/2005) and adult D.V. (xx/xx/2001). D.V. admitted to ownership of the three recovered firearms.  Both I.G. and D.V. are currently under investigation by PPD for other drive-by shootings at house parties in the Phoenix area.

2

9.     As part of that separate state investigation into the drive-by shootings, ATF Task Force Officer (TFO) George Fulton obtained a state search warrant for I.G.'s Snapchat account. From I.G.'s snapchat account, TFO Fulton observed that I.G. is advertising firearms for sale, and observed photos of I.G. holding firearms of a similar make and model to the firearms that HUERTA has recently purchased.

10.     In one photo, TFO Fulton observed on I.G.'s Snapchat account a photo of a CZ Scorpion pistol being offered for sale. In the photo, the serial number is visible. The serial number of the CZ Scorpion pistol in the photo matches the serial number of a CZ Scorpion purchased by HUERTA from FFL Ammo AZ on October 6, 2021.

11.     On October 26, 2021, TFO Fulton visited Ammo AZ regarding HUERTA's purchase of the CZ Scorpion pistol.  Employees with Ammo AZ informed TFO Fulton that they observed HUERTA get in and out of a blue Hyundai bearing AZ plate BXA8CBA  when purchasing the CZ Scorpion pistol.

12.     Additionally, 4 firearms purchased by HUERTA were recovered by Arizona Department of Safety on or about November 11, 2021. All four firearms were purchased by HUERTA on October 22, 2021.

13.     On November 8, 2021, HUERTA purchased a total of five Glock 19x 9mm pistols at various FFLs in the Phoenix area.  One of those purchases occurred at FFL Glockmeister, located in Phoenix, Arizona.  Glockmeister notified Your Affiant that they observed surveillance footage from HUERTA's purchase of the firearm and informed that HUERTA can be observed getting into a blue Hyundai Sonata following the purchase.  Glockmeister provided the below still photos captured from the surveillance footage.





4

14.     On November 10, 2021, Your Affiant obtained a federal search warrant (21-5286 MJ) for GPS tracking for the Subject Vehicle. Your Affiant was able to determine the following, based on the GPS tracker:

15.     On November 12, 2021, HUERTA arrived at Scottsdale Gun Club at 11:06 am.  HUERTA purchased 1 Micro Draco pistol bearing serial number 21PMD-25895, and one FN Five Seven pistol bearing 386412643.  After his purchase, HUERTA visited the parking lot of another Federal Firearms Licensee, Tactical Studio, which is located at 5023 W Olive Ave. After visiting Tactical Studio, HUERTA stops at the Fry's located at 5116 W Olive Ave, then proceeds to drive to the Subject Residence at 210 E Jackson Ave Unit 1 Buckeye, AZ 85326.

16.     On November 16, 2021, surveillance revealed that HUERTA left the Subject Residence at 8:09 am.  HUERTA drove to Harbor Freight, located at 3146 E Thomas Rd.  Thereafter, HUERTA drove to FFL Bear Arms, located at 10321 N Scottsdale Rd Scottsdale, AZ 85253, and purchased a FN pistol bearing serial number 386413559.  Surveillance units observed HUERTA leave Bear Arms with a gun box and drive to 1600 E Camelback Road, where he met a Hispanic male in a red Ford F150 pickup truck, bearing AZ plate A3A23E.  The Ford F150 pickup truck, bearing AZ plate A3A23E is the same pickup truck that was the subject of the drive-by shooting that occurred on October 24, 2021.

17.     Surveillance units observed HUERTA hand the gun box off to the Hispanic male in the driver's seat of the red Ford F150 truck. Surveillance units then observed the Hispanic male in the red Ford F150 truck drive across the street and hand off the gun box to another individual subsequently identified as Jesus CAVARES.  Surveillance units developed probable cause for a traffic stop of CAVARES. Upon conducting the traffic stop, CAVARES pulled to the side of the road and bailed from the vehicle.  Upon bailing from the vehicle, the FN pistol bearing serial number 386413559 (**COUNT 3**) fell out of CAVARES's vehicle as CAVARES attempted to flee from the vehicle stop.  CAVARES was subsequently arrested.

5

18.     In a search of the vehicle, units observed a Micro Draco pistol bearing serial number 21PMD-25895, the same as the Micro Draco pistol purchased by HUERTA on November 12, 2021 (**COUNT 2**) from Scottsdale Gun Club.  In addition to the two pistols recovered which were previously purchased by HUERTA, law enforcement also recovered approximately 12,000 fentanyl pills in CAVARES' vehicle.

## REQUEST FOR AUTHORIZATION

4.     For these reasons, Your Affiant submits that there is probable cause to believe JORGE A. HUERTA committed violations of Title 18, U.S.C. § 922(a)(1)(A), knowingly make false statement/representation, make the statement/representation to a FFL, and the statement pertained to information that the law requires the FFL to keep.

5.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

*katherine rottman*
_____
KATHERINE ROTTMAN
Special Agent
Bureau of Alcohol Tobacco Firearms & Explosives


Sworn to and subscribed electronically this 16th day of November, 2021.


_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

6